IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FREDERICK J. WALDMANN,                  :
                                        :
          Plaintiff(s),                 :
                                        :    Case Number: 1:08cv224
     vs.                                :
                                        :    Chief Judge Susan J. Dlott
INTERNAL REVENUE SERVICE,               :
                                        :
          Defendant(s).                 :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed

the pleadings and filed with this Court on November 20, 2008 a Report and Recommendation

(Doc. 16).  Subsequently, the plaintiff filed an affidavit (Doc. 18), Defendant filed a response to

the affidavit (Doc. 20) and the plaintiff filed a reply (Doc. 21)

The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered de novo all of the filings in this matter. Upon consideration of the foregoing, the

Court does determine that such Recommendations should be adopted.

Accordingly, defendant's motion to dismiss is **GRANTED** and this action is

**TERMINATED** on the docket of this Court.

          IT IS SO ORDERED.


                              ___s/Susan J. Dlott_____
                              Chief Judge Susan J. Dlott
                              United States District Court